# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 28, 2008

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 07-3287

| | |
|---|---|
| JORGE NEGRETE, | Appeal from the United States |
|    *Plaintiff-Appellant*, | District Court for the Northern District of Illinois, Eastern Division. |
|  *v.* | |
| | No. 05 C 873 |
| NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak), | Joan B. Gottschall, |
|    *Defendant-Appellee*. | *Judge*. |

**O R D E R**

The slip opinion issued in this matter on October 27, 2008, is amended as follows:

The District Court case number is "05 C 873."